BEFORE THE FIRST DIVISION, JANUARY 29, 1940

**No. 43115.**—Protests 999304–G, etc., of M. Pressner & Co. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel trick daggers composed entirely of metal and siren whistles and horns were held dutiable at 45 percent under paragraph 397 as claimed.   Abstracts 37637, 39948, and 40480 followed.   So-called cigarette whistles, noisemakers, or novelties in part of bamboo similar to those the subject of Abstract 39509 were held dutiable at 45 percent under paragraph 409.

**No. 43116.**—Protest 992875–G of Dan Brechner & Co. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of spring daggers similar to those the subject of Abstract 37637.   The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 43117.**—Protest 971658–G of M. Pressner & Co. (New York).

Opinion by TILSON, J.   It was stipulated that the merchandise consists of squawker balloons similar to those involved in Abstract 40493.   The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 43118.**—Protest 970921–G of Levin Bros. (New York).

Opinion by TILSON, J.   From the record it was found that the merchandise consists of paper play balls similar to those involved in Abstract 40492.   The claim at 35 percent under paragraph 1413 was therefore sustained.   ·

**No. 43119.**—Protest 968667–G of M. Pressner & Co. (New York).

Opinion by TILSON, J.   In accordance with stipulation of counsel squawker balloons similar to those the subject of Abstract 40493 were held dutiable at 45 percent under paragraph 409 as claimed.   Siren whistles and horns were held dutiable at 45 percent under paragraph 397.   Abstracts 39948 and 40480 followed.

**No. 43120.**—Protest 949750–G of W. R. Zanes & Co. (Galveston).

Opinion by TILSON, J.   From the record it was found that the merchandise consists of musical instruments in the form of pianos.   The claim at 40 percent under paragraph 1541 was therefore sustained.